```
 1  MELINDA HAAG (CABN 132612)
    United States Attorney
 2
    J. DOUGLAS WILSON (DCBN 412811)
 3  Chief, Criminal Division

 4  MEREDITH J. EDWARDS (CABN 279301)
    Special Assistant United States Attorney
 5
       150 Almaden Boulevard
 6     San Jose, California 95113
       Telephone: (408) 535-5589
 7     Facsimile:  (408) 535-5066
       Email: meredith.edwards@usdoj.gov
 8
    Attorneys for the United States of America
 9
10                      UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                              SAN JOSE DIVISION

13

14  UNITED STATES OF AMERICA,        )   No. CR 13-71052 HRL
                                     )
15          Plaintiff,                )
                                     )   STIPULATION AND [PROPOSED]
16      v.                            )   ORDER VACATING AND
                                     )   RESCHEDULING HEARING DATE
17  MARIA AREVALO,                   )
                                     )
18          Defendant.                )
                                     )
19  _____  )

20
                                   STIPULATION
21
         The United States, by and through Special Assistant United States Attorney Meredith J.
22
    Edwards, and defendant Maria Arevalo, by and through her counsel Hugh Anthony Levine,
23
    hereby stipulate that, with the Court's approval, the defendant's arraignment, currently scheduled
24
    before this Court on Tuesday, September 17, 2013, at 1:30 p.m., be vacated and rescheduled for
25
    Thursday, October 10, 2013, at 8:30 a.m., before the Honorable Paul S. Grewal. The
26
    rescheduling is requested on behalf of both parties to allow government counsel additional time
27
    //
28
```

1

| | |
|---|---|
| 1 | to obtain and review discovery before filing formal charges. |
| 2 | It is so stipulated. |
| 3 | |
| 4 | Dated: September 13, 2013          /s/ |
| 5 | MEREDITH J. EDWARDS<br>Special Assistant United States Attorney |
| 7 | Dated: September 13, 2013          /s/ |
| 8 | HUGH ANTHONY LEVINE<br>Attorney for Maria Arevalo |

2

### [PROPOSED] ORDER

Pursuant to the agreement and stipulation of the parties, the Court hereby orders that the arraignment in this case, before this Court on Tuesday, September 17, 2013, at 1:30 p.m., be vacated and rescheduled for Thursday, October 10, 2013, at 8:30 a.m., before the Honorable Paul S. Grewal.

IT IS SO ORDERED.

DATED: 9/16/13

_____
HOWARD R. LLOYD
United States Magistrate Judge