MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

MEREDITH J. EDWARDS (CABN 279301)
Special Assistant United States Attorney

150 Almaden Boulevard
San Jose, California 95113
Telephone: (408) 535-5589
Facsimile:  (408) 535-5066
Email: meredith.edwards@usdoj.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 13-71052 HRL |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER |
| v. | |
| MARIA AREVALO, | |
| Defendant. | |

With the agreement of the parties, and with the consent of the defendant, the Court enters this Order documenting the defendant's waiver of the preliminary hearing date under Federal Rule of Criminal Procedure 5.1 and the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from September 6, 2013, up to and including October 10, 2013.

The parties agree, and the Court finds and holds, as follows:

1. The defendant is out of custody on an unsecured bond.

2. Defendant and her counsel believe that postponing the preliminary hearing is in the defendant's best interest, and that it is not prejudicial for the defendant to provide the United States with

//

1  additional time to indict the case.

2  3. The Court finds that, taking into the account the public interest in the prompt disposition of
3  criminal cases, these grounds are good cause for extending the time limits for a preliminary hearing
4  under Federal Rule of Criminal Procedure 5.1.

5  4. Given these circumstances, the Court finds that the ends of justice served by excluding the
6  period from September 6, 2013, up to and including October 10, 2013, outweigh the best interest of the
7  public and the defendant in a speedy trial and ensure effective preparation of counsel. 18 U.S.C. §
8  3161(b), (h)(7)(A) and (B).

9  5. Accordingly, and with the consent of the defendant, the Court orders that the period from
10 September 6, 2013 up to and including October 10, 2013 be excluded from the time for preliminary
11 hearings under Rule 5.1 of Federal Rules of Criminal Procedure as well as the Speedy Trial Act
12 calculations under 18 U.S.C. § 3161(b), (h)(7)(A) and (B)(iv).

14 STIPULATED:

16 DATED: October 2, 2013         /s/
                                HUGH ANTHONY LEVINE
                                Attorney for Defendant MARIA AREVALO

19 DATED: October 2, 2013         /s/
                                MEREDITH J. EDWARDS
                                Special Assistant United States Attorney

22 IT IS SO ORDERED.
   DATED: October 2, 2013
                                HONORABLE PAUL S. GREWAL
                                United States Magistrate Judge

STIPULATION AND [~~PROPOSED~~] ORDER
CR 13-71052 HRL